Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

December 18, 2024

RAVI SUBRAMANIAN, Clerk

By _____ Deputy

**FILED**

December 20, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AD_____
DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**W24-275M**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR24-232 TL** |
| Plaintiff, | |
| v. | **INDICTMENT** |
| CAMERON JOHN WAGENIUS, | |
| Defendant. | |

The Grand Jury charges that:

<u>**COUNT 1**</u>

**(Unlawful Transfer of Confidential Phone Records Information)**

**(Online Forum)**

1. On or about November 6, 2024, in King County, within the Western District of Washington, and elsewhere, CAMERON JOHN WAGENIUS did, in interstate and foreign commerce, knowingly and intentionally sell and transfer, and attempt to sell and transfer, confidential phone records information of a covered entity, without prior authorization from the customer to whom such confidential phone records information related, and knowing and having reason to know such information was obtained fraudulently, in violation of Title 18, United States Code, Section 1039(b).

Indictment - 1
*United States v. Wagnenius*
USAO No. 2024R01345

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### COUNT 2

### (Unlawful Transfer of Confidential Phone Records Information)

### (Online Communications Platform)

2. On or about November 6, 2024, in King County, within the Western District of Washington, and elsewhere, CAMERON JOHN WAGENIUS did, in interstate and foreign commerce, knowingly and intentionally sell and transfer, and attempt to sell and transfer, confidential phone records information of a covered entity, without prior authorization from the customer to whom such confidential phone records information related, and knowing and having reason to know such information was obtained fraudulently, in violation of Title 18, United States Code, Section 1039(b).

A TRUE BILL: **yes**
DATED: **12/18/2024**

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*
FOREPERSON

/s/ *Nicole M. Argentieri*
NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General, Criminal Division

TESSA M. GORMAN
United States Attorney

LOUISA K. BECKER
Senior Counsel
Computer Crime & Intellectual Property Section

ANDREW C. FRIEDMAN
Assistant United States Attorney

GEORGE BROWN
Trial Attorney
Computer Crime & Intellectual Property Section

SOK TEA JIANG
Assistant United States Attorney

Indictment - 2
*United States v. Wagenius*
USAO No. 2024R01345

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>CAMERON JOHN WAGENIUS<br>*Defendant* | )<br>)  Case No.  **CR24-232 TL**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  CAMERON JOHN WAGENIUS                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 18 U.S.C. § 1039(b) (Unlawful Transfer of Confidential Phone Records Information) (Online Forum)
Count 2 18 U.S.C. § 1039(b) (Unlawful Transfer of Confidential Phone Records Information) (Online Communications Platform)

Date:  12/18/2024

*Issuing officer's signature*

City and state:  Seattle, Washington

Andy Quach, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*