UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:24-M -00275(1) |
| § | |
| (1) CAMERON J. WAGENIUS § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant has testified under oath, or has otherwise satisfied this Court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice a Federal Public Defender is hereby appointed to represent the Defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further Order of this Court.

It is so **ORDERED** this 20th day of December, 2024.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE