AO 466a (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | WAIVER OF RULE 5 & 5.1 HEARINGS (Complaint or Indictment) |
| vs. | § § | Case Number: WA:24-M-00275(1) JCM |
| (1) CAMERON J. WAGENIUS | § § | Ref: CR24-232 TL |

I **(1) CAMERON J. WAGENIUS**, understand that I have been charged in another district, the **WESTERN DISTRICT OF WASHINGTON-SEATTLE DIVISION**.

I have been informed of the charges and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise - unless I am indicted - to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) an identity hearing and production of the warrant.

( ) a preliminary examination.

(✓) a detention hearing. — *In Waco Division* CW

( ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12-20-24

_____
Defendant's signature

_____
Signature of defendant's attorney

Kurt May
Printed name of defendant's attorney

FILED DEC 20 2024 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY ___ DEPUTY CLERK