UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | Case Number: WA:24-M-00275(1) JCM |
| vs. | §<br>§ | Ref: 24CR-232 TL |
| (1) CAMERON J. WAGENIUS<br>*Defendant* | § | |

ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

**(1) CAMERON J. WAGENIUS**, charged in a proceeding pending in the

**WESTERN DISTRICT OF WASHINGTON**

**SEATTLE** DIVISION for **INDICTMENT**,

and having been arrested in this district and having waived hearing as evidenced by waiver attached hereto.

YOU ARE HEREBY COMMANDED to remove **(1) CAMERON J. WAGENIUS** forthwith

to the **WESTERN DISTRICT OF WASHINGTON, SEATTLE** DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

ORDERED at WACO, Texas on the 20th day of December, 2024.

*/s/ Jeffrey C. Manske*
**JEFFREY C. MANSKE**
**U.S. MAGISTRATE JUDGE**

*/s/ Jeffrey C. Manske*
**JEFFREY C. MANSKE**
**UNITED STATES MAGISTRATE JUDGE**